IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUNG DE SA, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-CV-1563 |
| v. | ) |
| | ) Judge Joy Flowers Conti |
| EQUITRANS MIDSTREAM CORP, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Parties' Joint Motion to Transfer the Case to Arbitration and for a Stay of the Proceedings, it is hereby ORDERED this 26th day of January, 2022 as follows:

(1) The Parties Joint Motion to Transfer the Case to Arbitration and for a Stay of the Proceedings (ECF No. 9) is hereby GRANTED.

(2) Per the Parties' agreement, the Agreement is amended to permit each party to take up to five (5) depositions in arbitration. All other provisions of the Agreement remain in full force and effect.

(3) Civil Action 21-1563 is administratively closed, without prejudice to the parties' ability to reopen the case if an appeal is permitted under the Federal Arbitration Act, 9 U.S.C. § 1, et seq.

s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge